UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:21-cv-00545-TJK |

**JOINT MOTION TO DEFER PROPOSING A BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

On March 6, 2023, the Court denied without prejudice Plaintiffs' Partial Motion for Summary Judgment as premature and ordered the parties to file a joint status report by April 6 "proposing a schedule for further proceedings, including . . . a briefing schedule for cross-motions for summary judgment as to any claims against" all "defendants that have completed their productions to Plaintiffs." Minute Order (Mar. 6, 2023). Plaintiffs are interested in challenging withholdings by the following Defendants that have completed productions: the Department of Homeland Security (including the Office for Civil Rights and Civil Liberties and the Office of Operations Coordination and Planning), the Transportation Security Administration, and the Secret Service. Plaintiffs are satisfied with the following Defendants' responses to their FOIA requests: Cybersecurity and Infrastructure Security Agency and Federal Emergency Management Agency.

The parties have conferred and jointly request that the Court defer the requirement that they submit a proposed briefing schedule for cross-motions for summary judgment as to any claims against each Defendant that has completed productions to Plaintiffs until after all Defendants complete productions to Plaintiffs. Defendants Office of Intelligence & Analysis and U.S.

1

Customs and Border Production are still in the production phase and Plaintiffs may challenge the response of one or both of these Defendants to their FOIA requests once production is complete. The parties agree that deferring summary judgment briefing until all Defendants complete production may conserve judicial and party resources by permitting the parties to litigate all claims in the Amended Complaint at one time following the completion of production.

Accordingly, the parties respectfully request that, consistent with the Court's Minute Order dated August 13, 2021, they continue to file joint status reports every 60 days addressing processing and that they be permitted to submit a briefing schedule for cross-motions for summary judgment as to any claims against all Defendants in the joint status report immediately following the one indicating that all Defendants have completed productions.

Dated: March 30, 2023                                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Liam C. Holland*
LIAM C. HOLLAND
(*Admitted in New York*)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Phone: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*


/s/ *Merrick Wayne*
Matthew Topic, IL0037
Merrick Wayne, IL0058

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Attorneys for Plaintiffs*

3